AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| TAO GROUP HOLDINGS, LLC, a Delaware limited liability company, *Plaintiff(s)* <br><br> v. <br><br> EMPLOYERS INSURANCE COMPANY OF WAUSAU, a Wisconsin corporation, *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   EMPLOYERS INSURANCE COMPANY OF WAUSAU
CT CORPORATION SYSTEM
701 S. Carson Street, Suite 200
Carson City, NV 89701
Individual with Authority to Act:  Matthew Taylor

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert D. Mitchell (PHV to be filed)            Kirk Pasich (PHV to be filed)
Krista J. Nielson (Nev. SBN 10698)              Christopher T. Pasich (PHV to be filed)
Ace C. Van Patton (Nev. SBN 11731)              Caitlin S. Oswald (PHV to be filed)
TIFFANY & BOSCO, P.A.                           PASICH LLP
10100 W. Charleston Blvd., Suite 220            10880 Wilshire Boulevard, Suite 2000
Las Vegas, Nevada 89135                         Los Angeles, California 90024

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____              _____
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: