**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TAO GROUP HOLDINGS, LLC, | Case No. 2:21-cv-00382-GMN-NJK |
| Plaintiff, | **ORDER TO WAIVE SERVICE AND SET RESPONSE DATE** |
| v. | |
| EMPLOYERS INSURANCE COMPANY OF WAUSAU, | |
| Defendant. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**STIPULATION AND ORDER TO WAIVE SERVICE AND SET RESPONSE DATE**

Plaintiff Tao Group Holdings, LLC ("Tao") and Defendant Employers Insurance Company of Wausau ("EICW"), by and through their respective counsel hereby stipulate and agree that EICW will waive service of the summons and the Complaint and that the deadline for EICW to file a response to the Complaint shall be May 7, 2021.

Dated: March 30, 2021

TIFFANY & BOSCO, P.A.

By: /s/ **Robert D. Mitchell**
   Robert D. Mitchell, Esq.
   Krista J. Nelson, Esq.
   Ace C. Van Patten, Esq.

PASICH LLP
Peter A. Halprin, Esq.

*Attorneys for Plaintiff*

Dated: March 29, 2021

FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC

By: /s/ **Amy M. Samberg**
   Amy M. Samberg, Esq.
   Lee H. Gorlin, Esq.

*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED.**

Dated: March 31, 2021

_____
UNITED STATES MAGISTRATE JUDGE