# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TAO GROUP HOLDINGS, LLC,

    Plaintiff,

v.

EMPLOYERS INSURANCE COMPANY OF WAUSAU,

    Defendant.

Case No. 2:21-cv-00382-GMN-NJK

**ORDER**

To date, the parties have not filed a joint stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file a joint proposed discovery plan, no later than June 29, 2021.

IT IS SO ORDERED.

Dated: June 22, 2021

_____
Nancy J. Koppe
United States Magistrate Judge