# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TAO GROUP HOLDINGS, LLC,

    Plaintiff,

v.

EMPLOYERS INSURANCE COMPANY OF WAUSAU,

    Defendant.

Case No. 2:21-cv-00382-GMN-NJK

**ORDER**

[Docket No. 41]

On June 22, 2021, the Court ordered the parties to file a joint proposed discovery plan. Docket No. 39. The parties have now done so. Docket No. 41. In the interim, however, Defendant filed a motion to stay discovery, Docket No. 40, which is not yet ripe.

Accordingly, the parties' joint proposed discovery plan, Docket No. 41, is hereby **DENIED** without prejudice, pending the Court's ruling on Defendant's motion to stay discovery. If necessary, the Court will provide a new deadline for the filing of a joint proposed discovery plan in its order resolving the motion to stay discovery.[1]

IT IS SO ORDERED.

Dated: June 30, 2021

                                              Nancy J. Koppe
                                              United States Magistrate Judge

---

[1] The Court expresses no opinion herein on the merits of either the parties' joint proposed discovery plan or Defendant's motion to stay discovery.

1