1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TAO GROUP HOLDINGS, LLC, a Delaware limited liability company,<br><br>        Plaintiff,<br><br>    v.<br><br>EMPLOYERS INSURANCE COMPANY OF WAUSAU, a Wisconsin corporation,<br><br>        Defendant. | Case No.  2:21-cv-00382-GMN-NJK<br>**ORDER GRANTING**<br>**PLAINTIFF'S MOTION TO WITHDRAW ACE C. VAN PATTEN, ESQ. AS ATTORNEY OF RECORD** |

1  Tao Group Holdings, LLC ("Tao Group"), by and through its attorneys of
2  record, hereby request that Ace C. Van Patten, Esq., be withdrawn as counsel of
3  record in the above-referenced matter. Ace C. Van Patten, Esq., is no longer
4  employed at Tiffany & Bosco, P.A., as of November 1, 2021, and no longer represents
5  Tao Group.

6  The law firms of Pasich, LLP, and Tiffany & Bosco, P.A., will remain as
7  counsel of record for Tao Group. Thus, as Ace C. Van Patten, Esq., is not longer
8  associated with the law firm of Tiffany & Bosco, P.A., Plaintiff requests that this
9  motion be granted and that Ace C. Van Patten, Esq., be withdrawn as counsel of
10 record and removed from the service list.

DATED: November 17, 2021

PASICH LLP
TIFFANY & BOSCO, P.A.

By: */s/ Krista J. Nielson, Esq.*
Kirk Pasich (Admitted P.H.V.)
Christopher T. Pasich (Admitted P.H.V.)
Caitlin S. Oswald (Admitted P.H.V.)
Peter A. Halprin (Admitted P.H.V.)

Robert D. Mitchell (Admitted P.H.V.)
Krista J. Nielson (NV SBN 10698)
Attorneys for Plaintiff

**IT IS SO ORDERED.**

_____
Nancy J. Koppe
United States Magistrate Judge

Dated: November 18, 2021