AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

TAO GROUP HOLDINGS, LLC,

    Plaintiff,

v.

EMPLOYERS INSURANCE COMPANY OF WAUSAU,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case Number:  2:21-cv-00382-GMN-NJK

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Defendant Employers Insurance Company of Wausau, and against Plaintiff Tao Group Holdings, LLC.

| | |
|---|---|
| 3/10/2022 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ Y. Williams |
| | Deputy Clerk |