FILED

DEC 9 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TAO GROUP HOLDINGS, LLC, | No. 22-15506 |
| Plaintiff-Appellant, | D.C. No. 2:21-cv-00382-GMN-NJK |
| v. | District of Nevada, Las Vegas |
| EMPLOYERS INSURANCE COMPANY OF WAUSAU, | ORDER |
| Defendant-Appellee. | |

Before: SCHROEDER, GRABER, and FRIEDLAND, Circuit Judges.

Further proceedings in this case are stayed pending the New York Court of Appeals' disposition of *Consolidated Restaurant Operations, Inc. v. Westport Insurance Corp.*, 205 A.D.3d 76 (N.Y. App. Div. 2022). The parties shall alert this court to the result of that disposition within fifteen days of its issuance.